AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## *Southern District of Georgia*

Alfredo Felipe Rasco

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV414-171

United States Of America

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated December 2, 2015, adopting the Report and Recommendation of the Magistrate Judge as the opinion of this Court; denying Rasco's 2255 petition. This action stands closed.

| December 3, 2015 | Scott L. Poff |
|---|---|
| Date | Clerk |

(By) Deputy Clerk

GAS Rev 10/1/03